17062      Tetterington v. Kona Alii Ass'n of Apartment Owners, By and Through Bd. of Directors;  Nuttycombe v. Kona Alii Ass'n of Apartment Owners, By and Through Bd. of Directors      Affirmed

## September 23, 1997

| | | |
|---|---|---|
| 19995, 20244, 20250 | Dibianco v. Simpliciano | Affirmed |
| 18153 | Napoleon v. Van Hoogstraten | Affirmed |

## September 24, 1997

| | | |
|---|---|---|
| 18911 | State v. Foronda | Affirmed |
| 18158 | State v. Sabate | Affirmed |

## September 26, 1997

| | | |
|---|---|---|
| 17054 | Estate of Campbell, Application of;  Condon v. McKay | Affirmed |

## September 29, 1997

| | | |
|---|---|---|
| 19578 | Clark v. Wilson | Affirmed |